**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-MC-115-RJC-DCK**

| | |
|---|---|
| SAFEBUILT INSURANCE SERVICES, INC.; )<br>THE TAFT COMPANIES, LLC,; )<br>PREFERRED GLOBAL HOLDINGS, INC.; )<br>DAVID E. PIKE, DAVID E. PIKE, INC.; )<br>PHILIP SALVAGIO; SALMEN )<br>INSURANCE SERVICES, INC.; and )<br>CARL M. SAVOIA; )<br>  )<br>　　　　Plaintiffs, )<br>  )<br>　v. ) **ORDER**<br>  )<br>JEROME BRESLIN, )<br>  )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Compel Non-Party Witness To Comply With Deposition Subpoena" (Document No. 1) filed on June 15, 2016, and the "Joint Notice Of Anticipated Resolution" (Document No. 5) filed on June 24, 2016. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

By the "Joint Notice…" the parties report that Mr. Jerome Breslin has agreed to be deposed on June 27, 2016. The parties anticipate that their dispute has thus been resolved and that they will be able to withdraw the pending motion. The undersigned commends the parties' efforts to resolve this matter without further Court intervention.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Notice Of Withdrawal of the pending motion to compel, or in the alternative the parties shall file a Status Report, on or before **July 1, 2016**.

The Clerk of Court is directed to send a copy of this Order to Jerome Breslin at jerome@clearbluellc.com.

**SO ORDERED**.

Signed: June 27, 2016

David C. Keesler
United States Magistrate Judge